UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC J. LIVELY,

Petitioner,

v.

WARDEN BAILEY/PEERY,

Respondent.

Case No. 26-cv-05529-RS (PR)

**ORDER OF DISMISSAL**

This habeas petition will be dismissed as second or successive.  It challenges the same 2018 state criminal judgment petitioner contested in a prior habeas action, *Lively v. Perry*, No. 21-cv-04222-RS (PR).  That prior petition was denied on the merits and judgment was entered in favor of respondent.  (*Id.*, Dkt. Nos. 49 and 50.)  Petitioner's motion to alter the judgment and for reconsideration was denied.  (Dkt. No. 53.)  Petitioner's appeal of the habeas judgment was terminated when the Ninth Circuit Court of Appeals dismissed his request for a certificate of appealability (COA) because he failed to show cause why the COA should not be dismissed for lack of jurisdiction.  (*Id.*, Dkt. No. 61.)

In order to file a second or successive petition, petitioner must obtain an order from the Court of Appeals authorizing the district court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).  Without such authorization, a district court lacks jurisdiction over the petition. *Burton v. Stewart*, 549 U.S. 147, 153 (2007).  Petitioner has not shown that he

has received such an order.  Accordingly, the instant petition is DISMISSED as second or successive, the filing of which has not been authorized.

A certificate of appealability will not issue.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Petitioner's motion for discovery is DENIED.  (Dkt. No. 2.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:**  June  25 , 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

ORDER OF DISMISSAL
CASE NO. 26-cv-05529-RS

2